UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David McCartney,

Plaintiff,

vs.

Ogden Resource Recovery Support Services, Inc.,

Defendant.

Court File No. CV-00-17'4 MGD/JGL

**STIPULATION AND O:RDER**

---

The parties hereby stipulate and agree that Defendant Ogden Res:ource Recovery Support Services, Inc. shall have until Wednesday, August 30, 2000, in which to answer or otherwise plead to the Complaint of David McCartney.

SO STIPULATED:

Dated: August 24, 2000

**DORSEY & WHITNEY LLP**

By Clifford S. Anderson
Clifford S. Anderson (# 227201)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: 612-340-7859/2631

Of Counsel:

**MILLER, CANFIELD, PADDOCK and STONE, P.L.C.**

Raymond J. Carey
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: 313-963-6420
**Attorneys for Defendant Ogden Resource Recovery Support Services, Inc.**

AUG 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HEDIN & GOLDBERG, P.A.**

By ______________________________
Daniel S. Goldberg (# 207354)
Douglas A. Hedin (# 43205)
2100 Stevens Avenue South
Minneapolis, MN 55404
Telephone: 612-871-5500

**Attorneys for Plaintiff David McCartney**

SO ORDERED:

Dated: Aug 25, 2000

**BY THE COURT:**

______________________________
Jonathan G. Lebedoff
Magistrate Judge
United States District Court