ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David McCartney,

Plaintiff,

v.

Ogden Resource Recovery Support Services, Inc.,

Defendant.

Case No. 00-1774 (MJD/JGL)

**ORDER**

The above-captioned action came before the Court pursuant to Defendant's Motion to Amend Pretrial Order for Modification of Dispositive Motion Deadline and Trial Ready Date. Based upon the arguments of counsel and upon all of the files, records and proceedings:

IT IS ORDERED that Defendant's Motion to Amend Pretrial Order for Modification of Dispositive Motion Deadline and Trial Ready Date be and hereby is GRANTED.

IT IS ALSO ORDERED that the November 20, 2000, Pretrial Order be and hereby is amended such that dispositive motions, if any, shall be served and filed on or before ~~February 15, 2002~~ Dec. 15 2001 JGL, and that any hearings on such motions may be heard after ~~February~~ Jan. JGL 15, 2002, at a date and time to be determined by the Court.

IT IS FURTHER ORDERED that this matter will be considered "ready for trial" as of ~~April 1, 2002.~~ Feb 1 2002

Dated: Nov. 29, 2001

Hon. Jonathan Lebedoff
United States Magistrate Judge

FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK