UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**David McCartney,**

**Plaintiff,**

**vs.**

**Ogden Resource Recovery Support Services, Inc.,**

**Defendant.**

**Civil No. 00-1774 (MJD/JGL)**

**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT FILING DEADLINE**

Pursuant to Magistrate Judge Lebedoff's Order dated November 29, 2001, amending the pretrial scheduling, hearings on dispositive motions may be heard after January 15, 2001. On December 14, 2001, the defendant served a motion for summary judgment upon the plaintiff. In accordance with Local Rule 7.1(b), and as a result of counsels' schedules and the Holidays, the parties have agreed upon a modified dispositive motion briefing schedule which alters the earliest date upon which a hearing on dispositive motions may be heard.

It is hereby stipulated and agreed between the parties that the earliest date upon which a hearing on dispositive motions may be heard be extended from January 15, 2001 until January 22, 2001, to permit the parties to serve summary judgment opposition and reply briefs in accordance with their agreed upon schedule. This stipulation does ***not*** affect a trial date setting.

Dated: December 19, 2001

Hedin & Goldberg, P.A.

Daniel S. Goldberg (#27354)
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

Attorneys for Plaintiff

... 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 21st, 2001

Dorsey & Whitney LLP

Clifford S. Anderson (#227201)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402

Foley & Lardner

Raymond J. Carey (#P33266 – MI)
140 West Jefferson Street, Suite 1000
Detroit, MI 48226
(313) 963-9715

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dec. 26, 2001

By the Court:

Jonathan G. Lebedoff
United States Magistrate Judge