# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DAVID MCCARTNEY, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 00-1774 (MJD/JGL) |
| | ) | Date: 7/14/05 |
| OGDEN RESOURCE RECOVERY | ) | Court Reporter: N/A |
| SUPPORT SERVICES, INC., | ) | Time Commenced: 1:45 P.M. |
| | ) | Time Concluded: 3:15 P.M. |
| Defendant. | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Doug Hedin

Defendant: Raymond Carey

PROCEEDINGS:

☒ Settlement reached. Record of settlement taped.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge