UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-1774 (MJD/JGL)

DAVID McCARTNEY,

Plaintiff,

v. ORDER

OGDEN RESOURCE,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 30 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 15, 2005

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge